AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

MARK GRAY, Individually and on Behalf
of All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

NEXCEN BRANDS, INC., DAVID S. OROS, ROBERT
W. D'LOREN and DAVID MEISTER,

CASE NUMBER:



08 CIV 4906

TO: (Name and address of Defendant)

DAVID MEISTER
c/o NexCen Brands, Inc.
1330 Avenue of the Americas, 40th Floor
New York, NY 10019-5400

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                         MAY 28 2008

CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/2/08 |
| NAME OF SERVER *(PRINT)* Daniel DiCarlo | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ Place of Business with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were Nicole Gandini / Office Manager
At: 1330 Avenue of the Americas, N.Y. NY / Lobby

☐ Returned _____

☐ Other _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service ~~Fees is true~~ and correct.

Executed on  6/2/08
             *Date*          *Signature of Server*

858 Merrick Ave, East Meadow
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.