UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK GRAY, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>NEXCEN BRANDS, INC., DAVID S. OROS, ROBERT W. D'LOREN, and DAVID MEISTER<br><br>          Defendants. | Case No.: 08 CV 4906 (MGC)<br><br>ECF CASE |

**DEFENDANT NEXCEN BRANDS, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant NexCen Brands, Inc. (a nongovernmental corporate party), states that: a) NexCen Brands, Inc. has no parent corporation; and b) as of June 26, 2008, no publicly held corporation owns 10% or more of NexCen Brand, Inc.'s stock.

Date:   June 26, 2008

Respectfully submitted,

      /s/
Joseph Serino, Jr.
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York  10022
Tel:  (212) 446-4800
Fax:  (212) 446-4900

James P. Gillespie
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington DC  20005
Tel:  (202) 879-5000
Fax:  (202) 879-5200

*Attorneys for Defendant NexCen Brands, Inc.*