UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— x
MARK GRAY, Individually and On Behalf of :    Civil Action No. 1:08-cv-04906-MGC
All Others Similarly Situated,    :
     :    <u>CLASS ACTION</u>
          Plaintiff, : 
     :
      vs. :
     :
NEXCEN BRANDS, INC., et al., :
     :
          Defendants. :
——————————————————— :
GHIATH HAMMOUD, et al., Individually and :    Civil Action No. 1:08-cv-05063-MGC
on Behalf of All Others Similarly Situated, :
     :    <u>CLASS ACTION</u>
          Plaintiffs, :
     :
      vs. :
     :
NEXCEN BRANDS, INC., et al., :
     :
          Defendants. :
——————————————————— :
RONALD DOTY, Individually and On Behalf :    Civil Action No. 1:08-cv-05172-MGC
of All Others Similarly Situated, :
     :    <u>CLASS ACTION</u>
          Plaintiff, :
     :
      vs. :
     :
NEXCEN BRANDS, INC., et al., :
     :
          Defendants. :
——————————————————— x

[Caption continued on following page.]

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

```
                                          x
FRANK B. FALKSTEIN, Individually and On  :  Civil Action No. 1:08-cv-06126-MGC
Behalf of All Others Similarly Situated,  :
                                          :  CLASS ACTION
                    Plaintiff,            :
                                          :
         vs.                              :
                                          :
NEXCEN BRANDS, INC., et al.,              :
                                          :
                    Defendants.           :
                                          :
                                          x
```

PLEASE TAKE NOTICE that Institutional Investor Steamfitters Local 449 Pension Fund ("Steamfitters Local 449") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing Steamfitters Local 449 as Lead Plaintiff; (iii) approving Steamfitters Local 449's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Steamfitters Local 449 submits herewith a Memorandum of Law and Declaration of Mario Alba Jr., dated July 28, 2008.

DATED: July 28, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.

_____
/s/ *Mario Alba Jr.*
MARIO ALBA JR.

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<div style="margin-left:50%">

*s/ Mario Alba Jr.*
MARIO ALBA JR.

COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail: MAlba@csgrr.com

</div>

NEXCEN

Service List - 7/25/2008    (08-0117)

Page 1 of  2

**Counsel For Defendant(s)**

Sue  Nam

NexCen Brands, Inc.

1330 Avenue of the Americas, 40th Floor

New York, NY  10019

**Counsel For Plaintiff(s)**

Evan J. Smith

Brodsky & Smith, LLC

240 Mineola Blvd., 1st Floor

Mineola, NY  11501

   516/741-4977

   516/741-0626 (Fax)


Lynda J. Grant

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

150 East 52nd Street, 13th Floor

New York, NY  10022

   212/838-7797

   212/838-7745 (Fax)


Steve  Toll

Daniel S. Sommers

S. Douglas Bunch

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

1100 New York Avenue, North, Suite 500

Washington, DC  20005

   202/408-4600

   202/408-4699 (Fax)


Samuel H. Rudman

David A. Rosenfeld

Mario  Alba, Jr.

Coughlin Stoia Geller Rudman & Robbins LLP

58 South Service Road, Suite 200

Melville, NY  11747

   631/367-7100

   631/367-1173 (Fax)


Robert J. Dyer III

Jeffrey A. Berens

Dyer & Berens LLP

682 Grant Street

Denver, CO  80203-1764

   303/861-1764

   303/395-0393 (Fax)


Corey D. Holzer

Michael I. Fistel, Jr.

Marshall P. Dees

Holzer Holzer & Fistel, LLC

1117 Perimeter Center West, Suite E-107

Atlanta, GA  30338

   770/392-0090

   770/392-0029 (Fax)

NEXCEN

Service List - 7/25/2008    (08-0117)

Page 2 of  2

Richard A. Maniskas
D. Seamus Kaskela
David M. Promisloff
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)

Phillip  Kim
Laurence  Rosen
The Rosen Law Firm P.A.
350 Fifth Avenue
New York, NY  10118
   212/686-1060
   212/202-3827 (Fax)

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
MARK GRAY, Individually and On Behalf of    :    Civil Action No. 1:08-cv-04906-MGC
All Others Similarly Situated,               :
                                             :    <u>CLASS ACTION</u>
                        Plaintiff,           :
                                             :
            vs.                              :
                                             :
NEXCEN BRANDS, INC., et al.,                 :
                                             :
                        Defendants.          :
————————————————————        :
GHIATH HAMMOUD, et al., Individually and     :    Civil Action No. 1:08-cv-05063-MGC
on Behalf of All Others Similarly Situated,  :
                                             :    <u>CLASS ACTION</u>
                        Plaintiffs,          :
                                             :
            vs.                              :
                                             :
NEXCEN BRANDS, INC., et al.,                 :
                                             :
                        Defendants.          :
————————————————————        :
RONALD DOTY, Individually and On Behalf      :    Civil Action No. 1:08-cv-05172-MGC
of All Others Similarly Situated,            :
                                             :    <u>CLASS ACTION</u>
                        Plaintiff,           :
                                             :
            vs.                              :
                                             :
NEXCEN BRANDS, INC., et al.,                 :
                                             :
                        Defendants.          :
————————————————————— x
[Caption continued on following page.]

**[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL**

```
                                        x
FRANK B. FALKSTEIN, Individually and On :    Civil Action No. 1:08-cv-06126-MGC
Behalf of All Others Similarly Situated,  :
                                        :    CLASS ACTION
                     Plaintiff,         :
                                        :
          vs.                           :
                                        :
NEXCEN BRANDS, INC., et al.,            :
                                        :
                     Defendants.        :
                                        :
                                        x
```

Having considered the Motion of Steamfitters Local 449 Pension Fund ("Steamfitters Local 449") for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefore:

1.      The Actions are hereby consolidated;

2.      Steamfitters Local 449 is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3.      The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.


DATED: _____      _____
                                   THE HONORABLE MIRIAM GOLDMAN CEDARBAUM
                                   UNITED STATES DISTRICT JUDGE