UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK GRAY, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>NEXCEN BRANDS, INC., et al.,<br><br>　　　　　　Defendants. | Civil Action No. 1:08-cv-04906-MGC<br><br>CLASS ACTION |
| GHIATH HAMMOUD, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>NEXCEN BRANDS, INC., et al.,<br><br>　　　　　　Defendants. | Civil Action No. 1:08-cv-05063-MGC<br><br>CLASS ACTION |
| RONALD DOTY, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>NEXCEN BRANDS, INC., et al.,<br><br>　　　　　　Defendants. | Civil Action No. 1:08-cv-05172-MGC<br><br>CLASS ACTION |

[Caption continued on following page.]

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

|  |  |
|---|---|
| FRANK B. FALKSTEIN, Individually and On Behalf of All Others Similarly Situated,    :<br>:<br>Plaintiff,    :<br>:<br>vs.    :<br>:<br>NEXCEN BRANDS, INC., et al.,    :<br>:<br>Defendants.    : | Civil Action No. 1:08-cv-06126-MGC<br><br>CLASS ACTION |

PLEASE TAKE NOTICE that Institutional Investor Steamfitters Local 449 Pension Fund ("Steamfitters Local 449") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing Steamfitters Local 449 as Lead Plaintiff; (iii) approving Steamfitters Local 449's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Steamfitters Local 449 submits herewith a Memorandum of Law and Declaration of Mario Alba Jr., dated July 28, 2008.

DATED: July 28, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.

/s/ *Mario Alba Jr.*
MARIO ALBA JR.

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Mario Alba Jr.*
MARIO ALBA JR.

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail: MAlba@csgrr.com

NEXCEN

Service List - 7/25/2008    (08-0117)

Page 1 of 2

**Counsel For Defendant(s)**

Sue Nam
NexCen Brands, Inc.
1330 Avenue of the Americas, 40th Floor
New York, NY 10019

**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY 11501
   516/741-4977
   516/741-0626 (Fax)

Lynda J. Grant
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 13th Floor
New York, NY 10022
   212/838-7797
   212/838-7745 (Fax)

Steve Toll
Daniel S. Sommers
S. Douglas Bunch
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, North, Suite 500
Washington, DC 20005
   202/408-4600
   202/408-4699 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
   631/367-7100
   631/367-1173 (Fax)

Robert J. Dyer III
Jeffrey A. Berens
Dyer & Berens LLP
682 Grant Street
Denver, CO 80203-1764
   303/861-1764
   303/395-0393 (Fax)

Corey D. Holzer
Michael I. Fistel, Jr.
Marshall P. Dees
Holzer Holzer & Fistel, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338
   770/392-0090
   770/392-0029 (Fax)

NEXCEN

Service List - 7/25/2008    (08-0117)

Page 2 of 2

Richard A. Maniskas
D. Seamus Kaskela
David M. Promisloff
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)

Phillip Kim
Laurence Rosen
The Rosen Law Firm P.A.
350 Fifth Avenue
New York, NY  10118
   212/686-1060
   212/202-3827 (Fax)

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK GRAY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NEXCEN BRANDS, INC., et al., <br><br> Defendants. | Civil Action No. 1:08-cv-04906-MGC <br><br> <u>CLASS ACTION</u> |
| GHIATH HAMMOUD, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NEXCEN BRANDS, INC., et al., <br><br> Defendants. | Civil Action No. 1:08-cv-05063-MGC <br><br> <u>CLASS ACTION</u> |
| RONALD DOTY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NEXCEN BRANDS, INC., et al., <br><br> Defendants. | Civil Action No. 1:08-cv-05172-MGC <br><br> <u>CLASS ACTION</u> |

[Caption continued on following page.]

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

|  | x |  |
|---|---|---|
| FRANK B. FALKSTEIN, Individually and On Behalf of All Others Similarly Situated, | : : | Civil Action No. 1:08-cv-06126-MGC |
|  | : | CLASS ACTION |
| Plaintiff, | : : |  |
|  | : |  |
| vs. | : : |  |
|  | : |  |
| NEXCEN BRANDS, INC., et al., | : : |  |
| Defendants. | : : |  |
|  | x |  |

- 1 -

Having considered the Motion of Steamfitters Local 449 Pension Fund ("Steamfitters Local 449") for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefore:

1. The Actions are hereby consolidated;

2. Steamfitters Local 449 is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.


DATED: _____     _____
                                    THE HONORABLE MIRIAM GOLDMAN CEDARBAUM
                                    UNITED STATES DISTRICT JUDGE