**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARK GRAY, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>NEXCEN BRANDS, INC., DAVID S. OROS, ROBERT W. D'LOREN, and DAVID MEISTER<br><br>       Defendants. | Civil Action No. 1:08-cv-04906-MGC<br><br>**Notice of Appearance** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel in this action for Defendant NexCen Brands, Inc. and David S. Oros.  I certify that I am admitted to practice in this court.

Dated: New York, New York
     August 7, 2008

                Respectfully submitted,

                WILMER CUTLER PICKERING HALE
                 AND DORR LLP

                s/ Lori A. Martin
                Lori A. Martin (LM 7125)
                399 Park Avenue
                New York, NY 10022
                (212) 230-8800
                (212) 230-8888 (fax)