UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK GRAY, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>       v.<br><br>NEXCEN BRANDS, INC., DAVID S. OROS, ROBERT W. D'LOREN, and DAVID MEISTER<br><br>            Defendants. | Civil Action No. 1:08-cv-04906-MGC<br><br>**Notice of Appearance** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendant NexCen Brands, Inc. and David S. Oros.  I certify that I am admitted to practice in this court.

Dated: New York, New York
       August 7, 2008

                                        Respectfully submitted,

                                        WILMER CUTLER PICKERING HALE
                                         AND DORR LLP

                                        s/ Robert B. McCaw
                                        Robert B. McCaw (RM 7427)
                                        399 Park Avenue
                                        New York, NY 10022
                                        (212) 230-8800
                                        (212) 230-8888 (fax)