UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MARK GRAY, On Behalf of All Others Similarly :
Situated,                                                                            :
                                                                                            :     **SUMMARY ORDER**
                                                                                            :     **CONSOLIDATING ACTIONS,**
                                               Plaintiff,                       :     **APPOINTING LEAD**
          -against-                                                             :     **PLAINTIFF, AND**
                                                                                            :     **APPROVING LEAD**
NEXCEN BRANDS, INC., DAVID S. OROS,        :     **COUNSEL**
ROBERT W. D'LOREN, and DAVID B. MEISTER, :
                                                                                            :     08 Civ. 4906 (AKH)
                                               Defendants.                :     08 Civ. 5063 (AKH)
------------------------------------------------------------ x     08 Civ. 5172 (AKH)
GHAITH HAMMOUD & WAEL HAMMOUD,     :     08 Civ. 6126 (AKH)
Individually and On Behalf of All Others Similarly   :
Situated,                                                                            :
                                                                                            :
                                               Plaintiffs,                     :
          -against-                                                             :
                                                                                            :
NEXCEN BRANDS, INC., ROBERT W. D'LOREN, :
and DAVID B. MEISTER,                                         :
                                                                                            :
                                               Defendants.                :
------------------------------------------------------------ x
RONALD DOTY, Individually and On Behalf of All :
Others Similarly Situated,                                           :
                                                                                            :
                                               Plaintiff,                       :
          -against-                                                             :
                                                                                            :
NEXCEN BRANDS, INC., DAVID S. OROS,              :
ROBERT W. D'LOREN, and DAVID B. MEISTER, :
                                                                                            :
                                               Defendants.                :
------------------------------------------------------------ x
(caption continued on next page)                              :
                                                                                            :
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/09

1

```
------------------------------------------------------------------ x
FRANK B. FALKSTEIN, Individually and On Behalf   :
of All Others Similarly Situated,                :
                                                 :
                                Plaintiff,       :
         -against-                               :
                                                 :
NEXCEN BRANDS, INC., DAVID S. OROS,              :
ROBERT W. D'LOREN, and DAVID B. MEISTER,         :
                                                 :
                                Defendants.      :
------------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

On February 26, 2009, I held a hearing on motions to consolidate the above-captioned related actions, appoint a lead plaintiff, and approve lead counsel. The three movants are Ms. Malgorzata Ozor, Mr. Vincent Granatelli, and Steamfitters Local 449 Pension Fund.

For the reasons stated on the record, I grant the motions to consolidate the actions, and grant the motion to appoint plaintiff Granatelli as lead plaintiff and approve Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as lead counsel.

All subsequently filed actions raising similar or related claims arising out of the same or substantially the same transactions or events as these cases shall be consolidated with the above-captioned actions for all purposes, including pre-trial proceedings and trial, except for cause shown to the contrary. Every pleading filed in these consolidated actions shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
IN RE NEXCEN BRANDS INC.                    :
SECURITIES LITIGATION                       :    Master File No. 1:08-cv-04906-AKH
                                            :
This document relates to:                   :
                                            :
                                            :
------------------------------------------------------- x

The files of these consolidated actions shall be maintained in one file under

Master File No. 1:08-cv-04906-AKH.


SO ORDERED.

Dated:      March 5, 2009
            New York, New York

                                            _____
                                            ALVIN K. HELLERSTEIN
                                            United States District Judge

3