UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NEXCEN BRANDS, INC. SECURITIES LITIGATION<br><br>This document relates to: all actions | Master File No. 1:08-cv-04906-AKH |

## DECLARATION OF LORI A. MARTIN IN SUPPORT OF THE MOTIONS TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT BY DEFENDANTS NEXCEN BRANDS, INC. AND DAVID S. OROS

I, Lori A. Martin, declare as follows:

1. I am a Partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants NexCen Brands, Inc. ("NexCen") and David S. Oros ("Oros") in the above-captioned action. I submit this declaration in support of the Motions to Dismiss the Consolidated Amended Class Action Complaint by NexCen and Mr. Oros. I am familiar with the facts set forth herein, and if called as a witness, I could and would testify competently under oath to the matters set forth.

2. A true and correct copy of NexCen 2007 Form 10-K, dated March 21, 2008, is attached as Exhibit A.

3. A true and correct copy of NexCen Press Release, dated January 29, 2008, is attached as Exhibit B.

4. A true and correct copy of NexCen Form 8-K, dated January 29, 2008, is attached as Exhibit C.

5. A true and accurate transcript of NexCen's January 30, 2008 Conference Call is attached as Exhibit D.

6. A true and correct copy of NexCen Press Release, dated March 14, 2008, is attached as Exhibit E.

7. A true and accurate transcript of NexCen's March 14, 2008 Conference Call is attached as Exhibit F.

8. A true and correct copy of NexCen Press Release, dated May 19, 2008, is attached as Exhibit G.

9. A true and accurate transcript of NexCen's May 19, 2008 Conference Call is attached as Exhibit H.

10. A true and correct copy of NexCen Form 8-K, dated August 19, 2008, is attached as Exhibit I.

11. A true and correct copy of NexCen 2007 Form 10-K/A, dated August 11, 2009, is attached as Exhibit J.

12. A true and correct copy of NexCen Press Release, dated February 24, 2009, is attached as Exhibit K.

13. A true and correct copy of NexCen Press Release, dated July 1, 2009, is attached as Exhibit L.

14. A true and correct copy of NexCen Press Release, dated March 21, 2008, is attached as Exhibit M.

15. A chart of 2007 NexCen Statements Challenged in Amended Complaint is attached as Exhibit N.

16. A chart of 2008 NexCen Statements Challenged in Amended Complaint is attached as Exhibit O.

17. A true and correct copy of NexCen Press Release, dated August 9, 2007, is attached as Exhibit P.

18. A true and correct copy of NexCen Press Release, dated November 8, 2007, is attached as Exhibit Q.

19. A true and correct copy of NexCen 2006 Form 10-K, dated March 16, 2007, is attached as Exhibit R.

20. A true and correct copy of NexCen Form 10-Q, dated May 10, 2007, is attached as Exhibit S.

21. A true and correct copy of NexCen Form 10-Q, dated August 9, 2007, is attached as Exhibit T.

22. A true and correct copy of NexCen Form 10-Q, dated November 9, 2007, is attached as Exhibit U.

23. A true and correct copy of NexCen Form 8-K, dated June 7, 2006, is attached as Exhibit V.

24. A true and correct copy of NexCen Schedule 13D, dated April 17, 2007, is attached as Exhibit W.

25. A true and correct copy of NexCen Form 4, dated April 6, 2007, is attached as Exhibit X.

26. A true and correct copy of NexCen Form 4, dated March 25, 2008, is attached as Exhibit Y.

27. A true and correct copy of NexCen Form 4, dated March 26, 2008, is attached as Exhibit Z.

28. A true and correct copy of NexCen Form 4, dated March 26, 2008, is attached as Exhibit AA.

29. A true and correct copy of NexCen Form 4, dated March 27, 2008, is attached as Exhibit BB.

30. A true and correct copy of NexCen Form 4, dated March 27, 2008, is attached as Exhibit CC.

31. A true and correct copy of NexCen Form 4, dated March 27, 2008, is attached as Exhibit DD.

32. A true and correct copy of NexCen Form 4, dated March 28, 2008, is attached as Exhibit EE.

\*   \*   \*

I declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on October 8, 2009, in New York, New York.

/s/ Lori A. Martin
Lori A. Martin