## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE NEXCEN BRANDS, INC.
SECURITIES LITIGATION

This document relates to: all actions

Master File No. 1:08-cv-04906-AKH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/09

## STIPULATION AND ORDER

For the reasons set forth in Lead Plaintiff's November 13, 2009 letter to the Court seeking an extension of time, the parties hereby stipulate and agree to, and ask the Court to allow, the following schedule for papers on the pending Motions to Dismiss:

(1)     Lead Plaintiff, Vincent Granatelli, shall respond to the pending Motions to Dismiss on or before December 14, 2009; and

(2)     Defendants may file Reply Memoranda in support of their Motions on or before January 20, 2010.

WHEREFORE, the undersigned parties respectfully request that the Court enter an order

endorsing the above schedule.

November 13, 2009                                   Respectfully submitted,

| COUNSEL FOR LEAD PLAINTIFF: | COUNSEL FOR DEFENDANTS NEXCEN BRANDS, INC. AND DAVID S. OROS: |

*Lisa Mezzetti* /s/

Lisa M. Mezzetti (LM-5105)
Anna K. Ryon
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4606
Facsimile: (202) 408-4699

Catherine A. Torell
**Cohen Milstein Sellers & Toll PLLC**
150 East 52nd Street
30th Floor
New York, NY 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

**COUNSEL FOR DEFENDANT DAVID MEISTER**

*Robert Allen Horowitz with permission* /s/

Geoffrey Steven Berman
Robert Allen Horowitz
**Greenberg Traurig, LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

*Lori A. Martin with permission of Jonathan Shapiro* /s/

Lori A. Martin (LM 7125)
**Wilmer Cutler Pickering Hale & Dorr LLP**
399 Park Avenue
New York, NY 10022
Telephone: (212) 295-6412
Facsimile: (212) 230-8888

Kyle M. DeYoung
Ryan P. Phair
Jasmine McGhee
**Wilmer Cutler Pickering Hale & Dorr LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6785
Facsimile: (202) 663-6363

Jonathan A. Shapiro
**Wilmer Cutler Pickering Hale & Dorr LLP**
1117 S. California Avenue
Palo Alto CA 94304
Telephone: (650) 858-6101
Facsimile: (650) 858-6100

**COUNSEL FOR DEFENDANT ROBERT W. D'LOREN**

*John Hoover Snyder with permission* /s/

John Hoover Snyder
Gregg M. Mashberg
**Proskauer Rose LLP**
1585 Broadway
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

So ordered: /s/ Judge Alvin K. Hellerstein

11/16/09

2