

# COHEN MILSTEIN



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/10



RECEIVED
AUG 11 2010
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

(202) 408-4606
lmezzetti@cohenmilstein.com

August 11, 2010

*So ordered.
The parties shall report
on progress of Sep. 17, 2010.
8/13/10*

**VIA FACSIMILE (212-805-7942)**

The Honorable Alvin K. Hellerstein
United States District Court, Southern District Of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007-1581

  RE: *In re NexCen Brands, Inc. Securities Litigation*, No. 1:08 Civ. 4906 (AKH)

Dear Judge Hellerstein:

  I am counsel for Lead Plaintiff in this litigation and I write to convey to the Court the parties' joint request that the hearing on the pending motions to dismiss, currently scheduled for next Thursday, August 19, 2010, be adjourned for 45 days. All parties join in this request.

  To update the Court, the Company has now closed on the previously announced sale of its assets and is proceeding with the shareholder-approved plan to wind down its affairs and dissolve the corporation. The parties have discussed, and continue to discuss, the resolution of the litigation, including in (but not limited to) an all-day mediation session with Judge Nicholas Politan (Ret.) on cases pending against the company, including this class action. The mediation has produced progress, and based on it, we respectfully request that the Court adjourn the hearing on the motions to dismiss for an additional 45 days, so that the parties may continue their efforts to resolve their disputes through their and Judge Politan's work. Judge Politan approved our requesting this adjournment of the Court.

  Two previous adjournments of the hearing have been requested; both were based on the parties' work to try to settle the matter. They were granted. Although we all are sensitive to the Court's schedule and the progress of this case, the parties respectfully request this additional adjournment because we all believe this will assist the settlement efforts and wish to allow them to proceed.

Cohen Milstein Sellers & Toll PLLC   1100 New York Avenue, N.W.   Suite 500, West Tower   Washington, D.C. 20005
t: 202 408 4600   f: 202 408 4699   www.cohenmilstein.com



The Honorable Alvin K. Hellerstein
August 11, 2010
Page 2


Of course, we are available to address any questions the Court may have about this request for adjournment, or the mediation more generally. We appreciate the Court's attention.

Respectfully submitted,

*Lisa M. Mezzetti*

Lisa M. Mezzetti

LMM/
cc:   All Counsel of Record (via Electronic Mail)