UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

08 Cv 4906 (AKH)

IN RE: NEXCEN BRANDS, INC.
SECURITIES LITIGATION

-------------------------------------------------- X

NOTICE OF CHANGE OF ADDRESS

[x]   I have cases pending                    [ ]   I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s)
for: Laurence M. Rosen, Esq., Attorney for Plaintiffs Ghiath Hammoud and Wael Hammoud

[x]   Attorney

   [x]   I am a United States District Court, Southern District of New York
         attorney. My SDNY Bar Number is: LR 5733_____; My State Bar Number is: 2255214_____

   [ ]   I am a Pro Hac Vice attorney

   [ ]   I am a Government Agency attorney

[ ]   Law Firm/Government Agency Association

      From:_____

      To:_____

      [ ]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

      [ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
            was entered on _____ by Judge_____.

[x] Address:       275 Madison Ave., Suite 3400
                   _____
                   New York, NY 10016
                   _____

[ ] Telephone
    No.:           _____

[ ] Fax No.:       _____

[ ] E-Mail
    Address:

Dated: 10/26/2010                          /s/ Laurence M. Rosen, Esq._____
                                           ATTORNEY'S SIGNATURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

08  CV 4906  (AKH)

IN RE: NEXCEN BRANDS, INC.
SECURITIES LITIGATION

------------------------------------------------------ X

## NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending   [ ] I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Phillip Kim, Esq., Attorney for Plaintiffs Ghiath Hammoud and Wael Hammoud

[x] Attorney

    [x] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: PK 9384 ; My State Bar Number is: 4145397

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] Law Firm/Government Agency Association

    From:_____

    To:_____

    [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

[x] Address: 275 Madison Ave., Suite 3400
           New York, NY 10016

[ ] Telephone No.: _____

[ ] Fax No.: _____

[ ] E-Mail Address: _____

Dated: 10/26/2010

/s/ Phillip Kim, Esq.
ATTORNEY'S SIGNATURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

08   Cv 4906   (AKH)

IN RE: NEXCEN BRANDS, INC.
SECURITIES LITIGATION

-------------------------------------------------- X

NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending            [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Timothy W. Brown, Esq., Attorney for Plaintiffs Ghiath Hammoud and Wael Hammoud

[x]   Attorney

    [x]   I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: TB 1008 ; My State Bar Number is: 4301495

    [ ]   I am a Pro Hac Vice attorney

    [ ]   I am a Government Agency attorney

[ ]   Law Firm/Government Agency Association

    From:_____

    To:_____

    [ ]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

[x] Address:   275 Madison Ave., Suite 3400
              New York, NY 10016

[ ] Telephone No.:   _____

[ ] Fax No.:   _____

[ ] E-Mail Address:

Dated: 10/26/2010              /s/ Timothy W. Brown, Esq._____
                               ATTORNEY'S SIGNATURE

**CERTIFICATE OF SERVICE**

     I hereby certify that on this, the 29th day of October, 2010, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                   /s/Laurence Rosen