UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re Nexcen Brands, Inc. Securities Litigation,

08 cv 4906 (S.D.N.Y.)

------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

☒ I have cases pending    ☐ I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Gregg M. Mashberg [Effective Date January 18, 2011]

☒ Attorney

  ☒ I am a United States District Court, Southern District of New York attorney.
     My SDNY Bar Number is: GM4022 ; My State Bar Number is: 1558261

  ☐ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

☒ Law Firm/Government Agency Association

  From: _____
  To:   Proskauer Rose LLP

  ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ Address:      11 Times Square

                New York, NY  10036-8299

☒ Telephone No.:  212-969-3000

☒ Fax No.:        212-969-2900
☒ E-Mail Address: gmashberg@proskauer.com

Dated:   January 3, 2011

ATTORNEY'S SIGNATURE