UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NEXCEN BRANDS, INC. SECURITIES LITIGATION<br><br>This document relates to: all actions | Master File No. 1:08-cv-04906-AKH<br><br>**Notice of Apperance** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendants NexCen Brands, Inc. and David S. Oros. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       February 28, 2011

    Respectfully submitted,

    WILMER CUTLER PICKERING HALE
     AND DORR LLP

    s/ David F. Olsky
    David F. Olsky
    399 Park Avenue
    New York, NY 10022
    (212) 230-8800
    (212) 230-8888 (fax)
    David.olsky@wilmerhale.com