UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NEXCEN BRANDS, INC. SECURITEIS LITIGATION<br><br>This document relates to: all actions | Civil Action No.<br>1:08-cv-04906-AKH<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE THIS COURT AND ALL PARTIES OF RECORD:

　　PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in the above-entitled action for Defendant DAVID B. MEISTER.

　　I certify that I am admitted to practice in this Court.

Dated: New York, New York
　　　　March 3, 2011

　　　　　　　　　　　　　　　　GREENBERG TRAURIG, LLP

　　　　　　　　　　　　　　　　By:　　/s/ Roy Taub
　　　　　　　　　　　　　　　　　　　Roy Taub (RT-1619)
　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　New York, New York  10166
　　　　　　　　　　　　　　　　　　　Tel.: (212) 801-9200
　　　　　　　　　　　　　　　　　　　Fax: (212) 801-6400
　　　　　　　　　　　　　　　　　　　Email: taubr@gtlaw.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　*David B. Meister*