UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------

IN RE NEXCEN BRANDS, INC.
SECURITEIS LITIGATION

This document relates to: all actions             Civil Action No.
                                                  1:08-cv-04906-AKH


-----------------------------------------------------        **NOTICE OF APPEARANCE**


TO THE CLERK OF THE THIS COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as

counsel in the above-entitled action for Defendant ROBERT W. D'LOREN.

      I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        March 4, 2011

PROSKAUER ROSE LLP


By:    /s/ Lawrence S. Elbaum
       Lawrence S. Elbaum
       Eleven Times Square
       New York, NY 10036-8299
       Tel.:  212.969.3161
       Fax:  212.969.2900
       Email:  lelbaum@proskauer.com
       *Attorneys for Defendant*
       Robert W. D'Loren