ORIGINAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NEXCEN BRANDS, INC. SECURITIES LITIGATION | Master File No. 1:08-CV-04906 (AKH) <br><br> **MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David F. Olsky, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Applicant's Name: Jonathan A. Shapiro
Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP
Address: 950 Page Mill Road
City/State: Palo Alto, CA 94304
Phone No.: (650) 858-6101
Fax No.: (650) 858-6100
Email: jonathan.shapiro@wilmerhale.com

US1DOCS 7868448v1

Jonathan A. Shapiro is a member in good standing of the bars of the State of California and the Commonwealth of Massachusetts. He is also a member in good standing of bars for the United States District Court for the District of Massachusetts, the United States District Court for the District of New Hampshire, the United States District Court for the Northern District of California, the United States District Court for the Central District of California, and the United States Court of Appeals for the First Circuit. There are no pending disciplinary proceedings against Jonathan A. Shapiro in any State or Federal Court.

DATED: March 3, 2011

Respectfully Submitted,

David F. Olsky
David.olsky@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800 (tel.)
(212) 230-8888 (fax)

Attorneys for Defendants NexCen Brands, Inc. and David S. Oros

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NEXCEN BRANDS, INC. SECURITIES LITIGATION | Master File No. 1:08-CV-04906 (AKH) <br><br> **DECLARATION OF DAVID F. OLSKY IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, David F. Olsky, declare under penalty of perjury, as follows:

1. I am a Counsel at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("Wilmer Hale"), counsel for Defendants NexCen Brands, Inc. and David S. Oros in this action. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Jonathan A. Shapiro as counsel *pro hac vice* to represent NexCen Brands, Inc. and David S. Oros in this matter.

2. I am a member in good standing of the bars of the State of New York and the District of Columbia. I am also admitted to practice in the United States District Court for the Southern District of New York, and am in good standing with that Court.

3. Mr. Shapiro is a Partner of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.

4. Mr. Shapiro is, in my judgment, a skilled attorney and a person of integrity. He is fully familiar with Federal practice and the Federal Rules of Civil Procedure.

5.      Accordingly, I move for the admission of Jonathan A. Shapiro, *pro hac vice*. A proposed order granting the admission of Jonathan A. Shapiro, *pro hac vice*, is attached hereto.

WHEREFORE it is respectfully requested that this Court grant the motion to admit Jonathan A. Shapiro, *pro hac vice*, to represent NexCen Brands, Inc. and David S. Oros in the above-captioned matter.

DATED: March 3, 2011

Respectfully Submitted,

David F. Olsky
David.olsky@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800 (tel.)
(212) 230-8888 (fax)

*Attorneys for Defendants NexCen Brands, Inc. and David S. Oros*

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 1, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JONATHAN ACKER SHAPIRO, #257199 was admitted to the practice of law in this state by the Supreme Court of California on July 29, 2008; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records



# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### FOR SUFFOLK COUNTY
### JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

March 1, 2011

Attorney Jonathan A. Shapiro
Wilmer Hale

IN RE:   CERTIFICATE OF ADMISSION AND GOOD STANDING

Attorney Shapiro:

Enclosed please find the Certificate of admission and good standing which you have recently requested from this office. This certificate attests to your date of admission and good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or if this office can be of further assistance, please do not hesitate to contact Carla Tankle at 617-557-1177 or visit our web site at www.sjccountyclerk.com.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/ct
CL Received: March 1, 2011
enclosure

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-first** day of **December** A.D. **1994**, said Court being the highest Court of Record in said Commonwealth:

**Jonathan Acker Shapiro**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **first** day of **March** in the year of our Lord **two thousand and eleven**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE NEXCEN BRANDS, INC.
SECURITIES LITIGATION

Master File No. 1:08-CV-04906 (AKH)

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of David F. Olsky, attorney for NexCen Brands, Inc. and David S. Oros, and the sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jonathan A. Shapiro |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 950 Page Mill Road |
| City/State: | Palo Alto, CA 94304 |
| Phone No.: | (650) 858-6101 |
| Fax No.: | (650) 858-6100 |
| Email: | jonathan.shapiro@wilmerhale.com |

is admitted to practice *pro hac vice* as counsel for NexCen Brands, Inc. and David S. Oros in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

US1DOCS 7868448v1

DATED: _____        _____
       New York, New York             The Honorable Alvin K. Hellerstein
                                      United States District Judge

US1DOCS 7868448v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2011, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed with the Clerk of the Court. The foregoing was also served on counsel, indicated below, by placing the same in First Class Mail, addressed as follows:

Lisa M. Mezzetti, Esq.
Matthew B. Kaplan, Esq.
COHEN MILSTEIN
SELLERS & TOLL PLLC
1100 New York Avenue NW
Suite 500 West Tower
Washington, DC 20005
202-408-4600

*Lead Counsel for Lead Plaintiff*

Robert A. Horowitz, Esq.
Rachel Sims, Esq.
Roy Taub, Esq.
GREENBERG TRAURIG LLP
200 Park Avenue
New York, New York 10166
2120801-9200

*Counsel for Defendant David B. Meister*

Gregg M. Mashberg, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
212-969-3000

*Counsel for Defendant Robert W. D'Loren*

Chris Carrion