UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/11

IN RE NEXCEN BRANDS, INC.
SECURITIES LITIGATION

Master File No. 1:08-CV-04906 (AKH)

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of David F. Olsky, attorney for NexCen Brands, Inc. and David S. Oros, and the sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jonathan A. Shapiro |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 950 Page Mill Road |
| City/State: | Palo Alto, CA 94304 |
| Phone No.: | (650) 858-6101 |
| Fax No.: | (650) 858-6100 |
| Email: | jonathan.shapiro@wilmerhale.com |

is admitted to practice *pro hac vice* as counsel for NexCen Brands, Inc. and David S. Oros in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

DATED: March 11, 2011
New York, New York

_____
The Honorable Alvin K. Hellerstein
United States District Judge