UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IN RE NEXCEN BRANDS INC. SECURITIES
LITIGATION

This document relates to: all actions

------------------------------------------------------------ x

**ORDER DIRECTING CLERK TO ACCEPT DOCUMENT FOR FILING**

Master File No. 1:08-cv-04906-AKH

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Clerk is respectfully directed to accept for filing Lead Plaintiff Vincent J. Granatelli's document styled "Lead Plaintiff's Supplemental Filing of Two Amended Exhibits in Support of His Unopposed Motion for Certification of a Settlement Class and for Preliminary Approval of Class Action Settlement." Granatelli shall file said document forthwith.

SO ORDERED.

Dated: July __, 2011
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

1