UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NEXCEN BRANDS, INC. SECURITIES LITIGATION<br><br>This document relates to: all actions | Master File No. 1:08-cv-04906-AKH<br><br>**Notice of Appearance** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendants NexCen Brands, Inc. and David S. Oros.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
November 18, 2011

Respectfully submitted,

WILMER CUTLER PICKERING HALE
 AND DORR LLP

/s/ David M. Burkoff
David M. Burkoff
399 Park Avenue
New York, NY 10022
(212) 230-8800 (phone)
(212) 230-8888 (fax)
david.burkoff@wilmerhale.com