UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NEXCEN BRANDS, INC. SECURITIES LITIGATION<br><br>This document relates to:  all actions | Master File No. 1:08-cv-04906-AKH |

NOTICE OF NON-OPPOSITION TO
LEAD PLAINTIFF'S MOTION FOR
(1) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT,
(2) APPROVAL OF PROPOSED PLAN OF ALLOCATION, AND
(3) AN AWARD OF COUNSEL'S FEES AND REIMBURSEMENT OF EXPENSES

Lead Plaintiff Vincent J. Granatelli, on behalf of himself and the proposed Class, respectfully files this Notice to advise the Court that no person has filed any exclusion from the Settlement or objection to or comment on Lead Plaintiff's Motion for (1) Final Approval of Proposed Class Action Settlement, (2) Approval of Proposed Plan of Allocation, and (3) an Award of Counsel's Fees and Reimbursement of Expenses, which was filed on November 1, 2011 (Dkt. No. 138).  In addition, no member of the proposed Class has indicated that he, she or it intends to appear at the December 2 Hearing at which the Court will consider final approval of the proposed Settlement.

Pursuant to the Court's July 5, 2011 Order preliminarily approving the proposed Settlement (Dkt. No. 133, ¶ 22), the deadline for filing any exclusion, or objection to or comment on Lead Plaintiff's Motion, or for making a request to appear at the final approval hearing, was November 14, 2011.

- 1 -

Lead Plaintiff also is informed by the Claims Administrator that, as of November 22, 2011, it has received 1,083 proofs of claim from persons who have indicated that they are members of the proposed Class. The deadline for filing a proof of claim is January 31, 2012.

Dated: November 22, 2011                Respectfully submitted,

/s/ Catherine A. Torell
Catherine A. Torell, Esq. (CT-0905)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street
14th Floor
New York, NY 10005
Tel.: 212-838-7797
Fax: (212) 838-7745

Lisa M. Mezzetti, Esq. (LM-5105)
Matthew B. Kaplan, Esq. (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

*Lead Counsel for Lead Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 22, 2011.

                          /s/ Catherine A. Torell