**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 1/26/12

IN RE NEXCEN BRANDS, INC.
SECURITIES LITIGATION

This document relates to: all actions

Master File No. 1:08-cv-04906-AKH

## [~~PROPOSED~~] ORDER DIRECTING ENTRY OF FINAL JUDGMENT

WHEREAS, on December 2, 2011, the Court issued the following three Orders:

1.  Order Approving Plan of Allocation of Net Settlement Fund (Doc. # 144);

2.  Order and Final Judgment (Doc. # 145); and

3.  Order Granting Lead Plaintiff's and Plaintiff's Counsel's Petition for an Award of Attorneys' Fees and Reimbursement of Expenses (Doc. # 146) (together, the "December 2, 2011 Orders");

WHEREAS, each of the December 2, 2011 Orders states that it "shall remain subject to review and comment by the non-party Federal and State officials entitled to do so under the Class Action Fairness Act" ("CAFA"), *see* 28 U.S.C. § 1715(a), and that, "[f]ollowing expiration of the 90-day [CAFA review] period," *see id.* § 1715(d), "the parties shall submit a proposed order for the Court's consideration";

WHEREAS, the CAFA review period expired on January 23, 2012, *i.e.,* 90 days after service of the CAFA notice (*see* Doc. # 141); and

WHEREAS, the parties have informed the Court that they did not receive any comments from any of the non-party Federal and State officials entitled to do so under CAFA during the 90-day CAFA review period;

- 1 -

NOW, THEREFORE, it is hereby ordered:

1.      Each of the three December 2, 2011 Orders shall be given full effect and is no longer subject to review and comment by any non-party Federal and State officials under CAFA;

2.      This action shall be deemed fully and finally adjudicated and the clerk is directed to enter final judgment; the Court retains jurisdiction over the Settling Parties, the Class Members and this Litigation as set forth in Paragraph 15 of the Order and Final Judgment (Doc. # 145).

IT IS SO ORDERED.

Dated _____, 2012

_____
UNITED STATES DISTRICT JUDGE

- 2 -