USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

IN RE NEXCEN BRANDS, INC.
SECURITIES

**08 Civ. 4906 (AKH)**

**FINAL JUDGMENT**

This document relates to: all actions

---------------------------------------------------------X

Whereas the above-captioned actions having come before this Court, and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on January 26, 2012, having rendered its Order that (1) Each of the three December 2, 2011 Orders shall be given full effect and is no longer subject to review and comment by any non-party Federal and State officials under CAFA; and that (2) This action shall be deemed fully and finally adjudicated and directing the clerk to enter final judgment; the Court retains jurisdiction over the Settling Parties, the Class Members and this Litigation as set forth in Paragraph 15 of the Order and Final Judgment (Doc. # 145), it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 26, 2012, (1) Each of the three December 2, 2011 Orders shall be given full effect and is no longer subject to review and comment by any non-party Federal and State officials under CAFA; and (2) This action is deemed fully and finally adjudicated; the Court retains jurisdiction over the Settling Parties, the Class Members and this Litigation as set forth in Paragraph 15 of the Order and Final Judgment (Doc. # 145).

**Dated:** New York, New York
January 30, 2012

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ____________