UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NEXCEN BRANDS, INC. SECURITIES LITIGATION<br><br>This document relates to: all actions | Master File No. 1:08-cv-04906-AKH |

**LEAD PLAINTIFF'S NOTICE OF**
**UNOPPOSED MOTION FOR DISTRIBUTION**
**OF THE NET SETTLEMENT FUND TO APPROVED CLASS MEMBERS**

PLEASE TAKE NOTICE that Lead Plaintiff, Vincent Granatelli, through his attorneys, Lead Counsel Cohen Milstein Sellers & Toll PLLC, hereby moves the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an order granting Lead Plaintiff's Motion for Distribution of the Net Settlement Fund to Approved Class Members.

This Motion is unopposed by any party, and is based on the accompanying memorandum in support; the Declaration of Paul Mulholland, CPA, CVA and its exhibits; and such argument and additional papers as may be submitted to the Court.

Lead Plaintiff and Lead Counsel do not believe a hearing is required on this Motion; however, they are, of course, available at the Court's convenience to address any questions or concerns of the Court. In addition, they ask that the Court not enter an Order for thirty days from the filing of the Motion, in order to allow time for response from any Claimant disputing the Administrator's and Lead Counsel's recommendations with regard to their claims. This Motion and all supporting papers will be served on the four Class Members whose claims were disallowed in whole or in part and who asked for review, to inform them that they have the opportunity to respond to the recommendation on their claim, and that they must do so within 30

days if they wish to have the Court reverse the decision and recommendation of rejection or partial rejection.

Dated: June 26, 2013

Respectfully submitted,

/s/ Catherine A. Torell
Catherine A. Torell, Esq.
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street
14th Floor
New York, NY 10005
Tel.: 212-838-7797
Fax: (212) 838-7745
ctorell@cohenmilstein.com

Lisa M. Mezzetti, Esq.
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
lmezzetti@cohenmilstein.com

*Lead Counsel for Lead Plaintiff*
*and the Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Catherine A. Torell
Catherine A. Torell